429 A.2d 88

Machinery Center Inc., Appellant v. Calandra Inc., et al.
Reargument Denied Dec. 24, 1980.

Argued November 12, 1979. Edward F. Peduzzi, for appellant; Lawrence L. Davis, for appellee.

Before PRICE, CAVANAUGH, and WATKINS, JJ.

Order affirmed.

429 A.2d 88

McIntire, etc., Appellant v. State Farm Insurance Co.

Argued November 15, 1979. Robert W. Lambert, submitted brief on behalf of McIntire etc., appellant; Wayne A. Kablack, for appellee.

Before CERCONE, P. J., and MONTGOMERY, and LIPEZ, JJ.

Order affirmed.